UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


MICHAEL JAYNE,                                          Case No. 6:26-cv-00266-AB

        Plaintiff,                                          JUDGMENT

    v.

PATRICK TRIPPETT, *et al.*,

        Defendants.

**Baggio, District Judge:**

Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 9) is GRANTED. Accordingly,

IT IS ORDERED AND ADJUDGED that this Action is DISMISSED, without prejudice. Due to

the voluntary nature of this dismissal, the Court declines to issue a Certificate of Appealability.

Pending motions, if any, are DENIED AS MOOT.


04/06/2026
      DATE

*Amy M. Baggio*
    Amy M. Baggio
    United States District Judge


1    - JUDGMENT